IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARTAN L. ROBINSON,

       Plaintiff,                   No. 2:12-cv-1867-MCE-EFB PS

    vs.

DISTRICT COURT OF THE UNITED
STATES, EASTERN JUDICIAL
DISTRICT OF CALIFORNIA; CLERKS
OF COURT JOHN DOE AND JANE DOE,     ORDER

       Defendants.

_____/

      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that he is unable to prepay fees and costs or give security for them.  Dckt. No. 2.  However, a review of the affidavit reveals that it has not been signed.  Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is dated and signed under penalty of perjury.  The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.[1]

      SO ORDERED.

DATED:  July 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

_____

[1] Further, plaintiff's complaint does not appear to state any cognizable claims.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines that the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  Nonetheless, the court defers ruling on these issues until after plaintiff's *in forma pauperis* status is determined.